THOMPSON COBURN LLP
HELEN B. KIM, CSB 138209
hkim@thompsoncoburn.com
LAUREN CHEE, CSB 317617
lchee@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STACY JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:20-cv-06827-JFW-MRW<br><br>Assigned to the Honorable John F. Walter<br><br>**STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION**<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Complaint served: August 6, 2020<br>Trial Date: None Set |

1
STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION

This Stipulation is entered by and between plaintiff Stacy Jones ("Plaintiff") and defendant Charter Communications, Inc. ("Charter," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, and is based upon the following facts:

1. On July 30, 2020, Plaintiff filed her Complaint in the United States District Court for the Central District of California;

2. Plaintiff served Charter with her Complaint on August 6, 2020;

3. Pursuant to this Court's prior order (Dkt. 12), Charter's deadline to answer, move, or otherwise respond to the Complaint is currently set for September 25, 2020;

4. After some preliminary discussions, Charter's counsel sent Plaintiff's counsel an email on September 17, 2020 explaining the background of Plaintiff's account with Charter and provided the Residential Services Agreement ("RSA") associated with Plaintiff's account that includes an arbitration provision encompassing all claims and disputes "arising out of or relating to these General Terms, the Services, the Equipment, or marketing of the Services Subscriber has received from Spectrum.";

5. The parties continued to meet and confer on this issue via additional correspondence through September 22, 2020. Charter's counsel provided Plaintiff's counsel with company records indicating that Plaintiff had agreed to the terms and conditions of the RSA, that she is bound to arbitrate her claims at issue, and that she did not opt-out of the arbitration clause under the RSA;

6. On September 22, 2020, Plaintiff's counsel agreed to stipulate to the arbitration of this dispute.  The parties jointly submit that Plaintiff's claims in this action are subject to arbitration; and

7. The parties stipulate to staying this action pursuant to 9 U.S.C. § 3 pending the resolution of the arbitration proceedings, which pursuant to the RSA, will be held before the American Arbitration Association ("AAA")

**ACCORDINGLY, IT IS HEREBY STIPULATED**, by and between Plaintiff Stacy Jones and Defendant Charter Communications, Inc., that Plaintiff shall arbitrate all claims against Charter before the AAA pursuant to the terms of their written agreement, and this action is stayed pending the resolution of the arbitration proceedings.

DATED:  September 23, 2020

**Respectfully Submitted,**

**THOMPSON COBURN LLP**

By:  /s/ *Helen B. Kim*
**HELEN B. KIM**
**LAUREN CHEE**
Attorneys for Defendant CHARTER COMMUNICATIONS, INC.

DATED:  September 22, 2020

**WAJDA LAW GROUP, APC**

By:  */s/Nicholas M. Wajda*
**NICHOLAS M. WAJDA**
Attorneys for Plaintiff STACY JONES

\*\*Pursuant to Local Rule 5-4.3.4(a)(2), I, Helen B. Kim, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

**Stacy Jones v. Charter Communications, Inc.**
**Case No. 2:20-cv-06827**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On September 24, 2020, I served true copies of the following document(s) described as **STIPULATION TO STAY ACTION AND TO SUBMIT THIS DISPUTE TO BINDING ARBITRATION** on the interested parties in this action as follows:

| | |
|---|---|
| Wajda Law Group, APC<br>Nicholas M. Wajda<br>6167 Bristol Parkway, Ste. 200<br>Culver City, CA 90230<br>P: (310) 997-0471<br>nick@wajdalawgroup.com | Attorneys for Plaintiff<br>STACY JONES |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2020, at Los Angeles, California.

/s/ Deborah G. Clow
Deborah G. Clow