JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stacy Jones, | ) | Case No. **CV 20-6827-JFW(MRWx)** |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION TO STAY ACTION AND SUBMIT MATTER TO BINDING ARBITRATION** |
| | ) | |
| v. | ) | |
| | ) | |
| Charter Communications, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

The Court has read and considered the Stipulation entered between the parties, Plaintiff Stacy Jones ("Plaintiff") and Defendant Charter Communications, Inc. ("Charter," and together with Plaintiff, the "Parties") and, good cause appearing, Orders are follows:

1. The dispute in this action will be submitted to binding arbitration pursuant to the Residential Services Agreement governing Plaintiff's account;

2. This action will be and is hereby stayed pending the resolution of the arbitration proceedings; and

3.  This action will be removed from the Court's active caseload until further application by the parties or Order of this Court.  The parties shall file a joint status report with the Court every 120 days regarding the status of the arbitration proceedings, with the first joint status report due on December 21, 2020.  In addition, upon completion of arbitration, counsel shall file a joint status report within fourteen (14) days.  All dates set in this action are hereby vacated.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: September 25, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE